Martha CANTU, Plaintiff–Appellant

v.

Eduardo CARMONA; Officer Frank Rodriguez; Texas Department of Criminal Justice, Defendants–Appellees.

No. 07–50662.

United States Court of Appeals, Fifth Circuit.

May 28, 2008.

James Steven Hershberger, Midland, TX, for Plaintiff–Appellant.

Jacqueline Lee Haney, Assistant Attorney General, Office of the Attorney General, Law Enforcement Defense Div., Austin, TX, for Defendants–Appellees.

Before REAVLEY, JOLLY, and GARZA, Circuit Judges.

PER CURIAM: *

We have read the briefs and heard the arguments of the parties. After reviewing the record we have concluded that the district court committed no reversible error. Accordingly, its judgment is affirmed. *See* 5th Cir. R. 47.6.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.